[Exempt from payment of filing fees
(Government Code § 6103)]

KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
AMBER L. SMITH, ESQ. (SBN: 281002)
JOHN LAUGHLIN, ESQ. (SBN: 302481)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520-7913
Telephone:    (925) 974-8600
Facsimile:    (925) 974-8601
Email: kalberts@leonealberts.com
          asmith@leonealberts.com
          jlaughlin@leonealberts.com

Attorneys for Defendant
CITY OF MORGAN HILL

THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PERRY,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MORGAN HILL, CALIFORNIA FARMERS' MARKETS ASSOCIATION, MOHI FARMS, INC., DOWNTOWN MORGAN HILL IMPROVEMENT DISTRICT, and DOES 1 to 10,<br><br>    Defendants. | Case No.:<br><br>**DEFENDANT CITY OF MORGAN HILL'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

**<u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE that Defendant City of Morgan Hill ("City") hereby removes to this Court pursuant to 28 U.S.C. sections 1441 and 1446 the state court action described below. Defendant Morgan Hill Farmer's Market, the only other defendant who has been properly joined and served in this action, who is represented by separate counsel, consents to the removal of this action. A copy of Defendant Morgan Hill Farmer's Market consent to this

1

removal is attached to the contemporaneously-filed Declaration of John Laughlin, counsel for the City, as Exhibit E. Defendant Mohi Farms, Inc. has only specially appeared in this action to move to quash on the grounds that service was improper. Defendant Downtown Morgan Hill Improvement District has not appeared.

## I. REMOVAL IS TIMELY

1. On or about May 1, 2025, Plaintiff Dennis Perry ("Plaintiff") commenced an action in the Superior Court of the State of California, County of Santa Clara, Case No. 25CV464704 ("State Court Action").

2. On or about July 31, 2025, Plaintiff filed the First Amended Complaint in the State Court Action. A copy of the First Amended Complaint is attached to the contemporaneously filed Declaration of John Laughlin as Exhibit A.

3. The City was served with the First Amended Complaint via personal service on September 2, 2025. A copy of the proof of service is attached to the contemporaneously filed Declaration of John Laughlin as Exhibit B.

4. The removal is occurring within 30 days of the date of service of the First Amended Complaint on the City and is timely.

5. The City filed an answer to the First Amended Complaint in the State Court Action on September 11, 2025. A copy of the answer is attached to the contemporaneously filed Declaration of John Laughlin as Exhibit C.

6. A complete copy of the files served upon Defendant in the State Court Action is attached to the contemporaneously-filed Declaration of John Laughlin, counsel for the City, as Exhibits D:1-39; and any other documents filed in the State Court Action will be promptly filed with this Court as soon as they become available to Defendant.

## II. JURISDICTION IS PROPER.

7. This litigation is a civil action of which this Court has original jurisdiction under title 28, United States Code sections 1331 and 1343; and is one which may be removed to this Court by Defendants pursuant to the provisions of title, 28 United States Code, section 1441, subdivision (a). Such removal is proper given the First Amended Complaint seeks relief under

2
DEFENDANT CITY OF MORGAN HILL'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) (FEDERAL QUESTION); DEMAND FOR JURY TRIAL

title 42, United States Code section 12101, *et seq.* for alleged violations of the Americans with Disabilities Act and seeks relief under title 29 United States Code section 794 for alleged violations of Section 504 of the Rehabilitation Act of 1973.

8. The First Amended Complaint also alleges state law claims arising out of the same case or controversy that may be heard by this Court under a grant of supplemental jurisdiction pursuant to title 28, United States Court, section 1367, subdivision (a).

## DIVISIONAL ASSIGNMENT

Pursuant to United States District Court, Northern District of California Local Rules 3-2 and 3-5, assignment of the First Amended Complaint to this Court is proper given that a substantial part of the events or omissions giving rise to the allegations therein occurred in Contra Costa County, California.

## DEMAND FOR JURY TRIAL

Defendants demand trial by jury in this action on all claims for which the right to trial by jury attaches.

Dated: October 2, 2025        **LEONE ALBERTS & DUUS, APC**

                                              s/ *John Laughlin*
KATHERINE A. ALBERTS, ESQ.
AMBER L. SMITH, ESQ.
JOHN LAUGHLIN, ESQ.
Attorney for Defendant
CITY OF MORGAN HILL